O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06212 AHM (VBKx) | Date | September 9, 2011 |
|---|---|---|---|
| Title | BIOTAB NUTRACEUTICALS v. HEE JOO DONG HAN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   This case is before the Court on the unopposed Motion for Leave to File a First Amended Complaint of Plaintiff Biotab Nutraceuticals, Inc. ("Plaintiff"). Plaintiff moves to amend the complaint to add newly discovered Defendants Tom Kim, aka Ji Kim; Sun Hung Lee, aka Yi Seoung Hun, aka John Lee; Helen H. Yi, aka Helen Lee; Yoon Kang, aka Yoon Michael Issa Kamar, aka Mike Kamar; Four Aces Wholesale Corp.; Tony Yun Y. Pae; YNY International, Inc.; Harjit Singh; L.A. Price King, Inc.; Raheel Lakhany; Shafaq Sattar; Smoke Tokes, Inc.; Noor Ahmadzada; L.A. Price Leader, Inc.

   The motion is unopposed. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12.  Moreover, on its face the motion appears to be meritorious. In considering whether to grant leave to amend, the Court is to consider the following factors: (1) undue delay, (2) bad faith, (3) futility of amendment, (4) prejudice to the opposing party, and (5) whether leave to amend has previously been granted. *U.S. v. Pend Oreille Public Utility Dist. No. 1*, 926 F.2d 1502, 1511 (9th Cir.), *cert. denied* 502 U.S. 956, 112 S.Ct. 415, 116 L.Ed.2d 436 (1991); *Sisseton-Wahpeton Sioux Tribe v. U.S.*, 90 F.3d 351, 356 (9th Cir.), *cert. denied* 117 S.Ct. 516 (1996).  Discovery in this case opened on May 2, 2011, pursuant to this Court's scheduling conference.  Dkt. No. 20. Plaintiff filed this motion to amend on July 25, 2011, just a few months later.  The Court sees no undue delay or bad faith on the part of Plaintiff, nor do Defendants allege prejudice or futility.  In addition, there are no previous amendments on file.

//
//

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06212 AHM (VBKx) | Date | September 9, 2011 |
|---|---|---|---|
| Title | BIOTAB NUTRACEUTICALS v. HEE JOO DONG HAN, et al. | | |

//

    Accordingly the Court GRANTS the motion.[1] Plaintiff is ordered to file the First Amended Complaint[2] within a reasonable time.

    No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15.

                                                                                                       :

                                             Initials of Preparer        SMO

---

[1] Dkt. No. 22.

[2] The First Amended Complaint must be manually filed at the Civil Intake window located at the United States District Court, 312 N. Spring Street, Los Angeles, California 90012.