CHAMBER'S COPY

Jay Stein (State Bar No. 141042)
**FINESTONE & RICHTER**
A Professional Corporation
1875 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 575-0800
Facsimile: (310) 575-0170
E-mail: jstein@frlawcorp.com

Attorneys for Plaintiff
Biotab Nutraceuticals, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BIOTAB NUTRACEUTICALS, INC., a California corporation,

    Plaintiff,

vs.

HEE JOO DONG HAN, an Individual, aka JOSEPH HAN, and d.b.a. HD TRADING, and d.b.a. BIOPOWER; SUSANA HAN, an Individual; KENJIN CHO, an Individual, and d.b.a. BIOPOWER, and d.b.a. MOSEA HUTECH USA; BIOPOWER, INC., an entity of unknown form; and DOES 1 through 10, inclusive,
    Defendants.

Case No. CV 10-06212 AHM (VBKx)

[Proposed]
**JUDGMENT AGAINST DEFENDANTS HAN**

Complaint filed: August 19, 2010
Trial Date: October 16, 2012

    Judgment is hereby entered in favor of Plaintiff BIOTAB NUTRACEUTICALS, INC. as against Defendants HEE JOO DONG HAN, also known as JOSEPH HAN, and SUSANA HAN, also known as SOON YOUNG HAN, jointly and severally, as follows:

    1.    A permanent injunction is hereby entered, prohibiting each of the Defendants, and their members, directors, officers, employees, agents, representatives, successors, assigns, and all other persons or entities acting for the benefit of, on behalf of, or in concert with, any of the Defendants from:

1.1  In any manner, using Biotab's trademark, "ExtenZe®," or any colorable imitation thereof;

1.2  In any manner, using any trademark that imitates, is confusingly similar to, or is in any way similar to or a variation of, Biotab's trademark, "ExtenZe®;"

1.3  Engaging in any act that tends to lend the impression to consumers that Defendants' goods and services are, in any way, of the same origin as, related to, or a variation of, Biotab's goods and services associated with the trademark, "ExtenZe®;"

1.4  Importing into the United States any goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

1.5  Manufacturing or causing to be manufactured, advertising, marketing, offering for sale, selling, distributing or delivering any goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

2.  Each Defendant is ordered, pursuant to 15 USC § 1118, to deliver up for destruction all advertising, promotional materials, signs, packaging, labels, containers, or other materials within their possession, custody or control bearing any trademark that infringes upon Biotab's ExtenZe® trademark, as well as all plates, matrices, tools, dyes, electronic files, and any other means of making same.

3.  Compensatory damages in the sum of Two Hundred Fifty Thousand Dollars ($250,000.00), which damages are trebled to total Seven Hundred Fifty Thousand Dollars ($750,000.00).

4.  Exemplary and punitive damages for the willful and malicious injury to Plaintiff by Defendants Han in the amount of Fifty Thousand Dollars ($50,000.00).

5.  Reasonable attorney's fees, in the apportioned amount of $75,000.00.

/ / /

/ / /

/ / /

6.    Biotab shall recover its costs of suit herein.

DATED: July 23, 2012

_____
A. Howard Matz
United States District Judge