1  Jay Stein (State Bar No. 141042)
   **FINESTONE & RICHTER**
2  A Professional Corporation
   1875 Century Park East, Suite 1500
3  Los Angeles, California 90067
   Telephone:  (310) 575-0800
4  Facsimile:  (310) 575-0170
   E-mail:     jstein@frlawcorp.com

5  Attorneys for Plaintiff
   Biotab Nutraceuticals, Inc.
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11 BIOTAB NUTRACEUTICALS, INC., a     )  Case No. CV 10-06212 AHM (VBKx)
   California corporation,            )
12                                    )
           Plaintiff,                 )  **ORDER FOR ENTRY OF JUDGMENT**
13                                    )  **AGAINST DEFENDANTS FOUR ACES**
        vs.                           )  **AND KAMAR**
14                                    )
   HEE JOO DONG HAN, an Individual, aka )
15 JOSEPH HAN, and d.b.a. HD TRADING,   )
   and d.b.a. BIOPOWER; SUSANA HAN, an  )
16 Individual; KENJIN CHO, an Individual,)
   and d.b.a. BIOPOWER, and d.b.a. MOSEA )
17 HUTECH USA; BIOPOWER, INC., an       )
   entity of unknown form; and DOES 1   )  Complaint filed: August 19, 2010
18 through 10, inclusive,               )  Trial Date:      October 16, 2012
           Defendants.                  )
19                                      )

20

21        Good cause appearing therefor, the Court makes the following order:

22                **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

23        The Court finds and concludes that Defendants FOUR ACES WHOLESALE

24 CORP. and MIKHAEL I. KAMAR (individually and collectively referred to herein as

25 "Defendants") jointly and severally, committed violations of: 15 USC 1114(1); 15 USC

26 1125(a); 15 USC 1125(c); 19 USC 1202, et seq., and particularly Section 1526(a) of said

27 Act; 18 USC 1961, et seq., and particularly Sections 1962(b), 1962(c), and 1962(d); Fraud

28

                                        1
        **ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS FOUR ACES**
                                **AND KAMAR**

and Deceit; Intentional Interference with Actual and Prospective Economic Advantage; and, Unfair Competition, as proscribed by California Business and Professions Code Section 17200, et seq.

As the proximate result of Defendants' conduct, Plaintiff has been damaged in an amount in excess of Six Million Dollars ($6,000,000.00), although the portion of those damages that are directly apportioned to Defendants is Three Hundred Thousand Dollars ($300,000).

The conduct of each of the Defendants herein constitutes the willful and malicious injury to another entity or to the property of another entity, as such acts are defined and interpreted under 11 USC 523(a)(6).

## ORDER FOR JUDGMENT

Wherefore, judgment is ordered and shall be entered in favor of Plaintiff BIOTAB NUTRACEUTICALS, INC. as against Defendants FOUR ACES WHOLESALE CORP. and MIKHAIL I. KAMAR, jointly and severally, as follows:

1. A permanent injunction is hereby entered, prohibiting each of the Defendants, and their members, directors, officers, employees, agents, representatives, successors, assigns, and all other persons or entities acting for the benefit of, on behalf of, or in concert with, any of the Defendants from:

　　1.1　In any manner, using Biotab's trademark, "ExtenZe®," or any colorable imitation thereof;

　　1.2　In any manner, using any trademark that imitates, is confusingly similar to, or is in any way similar to or a variation of, Biotab's trademark, "ExtenZe®;"

　　1.3　Engaging in any act that tends to lend the impression to consumers that Defendants' manufactured goods and services are, in any way, of the same origin as, related to, or a variation of, Biotab's goods and services associated with the trademark, "ExtenZe®;"

        1.4    Importing into the United States any goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

        1.5    Manufacturing or causing to be manufactured, advertising, marketing, offering for sale, selling, distributing or delivering any non-genuine Extenze goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

2.    Each Defendant is ordered, pursuant to 15 USC § 1118, to deliver up for destruction all advertising, promotional materials, signs, packaging, labels, containers, or other materials within their possession, custody or control bearing any trademark that infringes upon Biotab's ExtenZe® trademark, as well as all plates, matrices, tools, dyes, electronic files, and any other means of making same.

3.    Compensatory damages in the sum of Three Hundred Thousand Dollars ($300,000.00), which damages are trebled to total Nine Hundred Thousand Dollars ($900,000.00).

4.    Exemplary and punitive damages for the willful and malicious injury to Plaintiff by Defendants Four Aces and Kamar in the amount of Fifty Thousand Dollars ($50,000.00).

5.    Reasonable attorney's fees, in the apportioned amount of $20,000.00.

6.    Biotab shall recover its costs of suit herein.

DATED: September 18, 2012

                                            A. Howard Matz
                                            United States District Judge

3

**ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS FOUR ACES AND KAMAR**