Jay Stein (State Bar No. 141042)
**FINESTONE & RICHTER**
A Professional Corporation
1875 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:   (310) 575-0800
Facsimile:    (310) 575-0170
E-mail:         jstein@frlawcorp.com

Attorneys for Plaintiff
Biotab Nutraceuticals, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTAB NUTRACEUTICALS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>HEE JOO DONG HAN, an Individual, aka JOSEPH HAN, and d.b.a. HD TRADING, and d.b.a. BIOPOWER; SUSANA HAN, an Individual; KENJIN CHO, an Individual, and d.b.a. BIOPOWER, and d.b.a. MOSEA HUTECH USA; BIOPOWER, INC., an entity of unknown form; and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | Case No.  CV 10-06212 AHM (VBKx)<br><br>**ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS FOUR ACES AND KAMAR**<br><br><br><br><br>Complaint filed:   August 19, 2010<br>Trial Date:           October 16, 2012 |

　　　Good cause appearing therefor, the Court makes the following order:

## **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

　　　The Court finds and concludes that Defendants FOUR ACES WHOLESALE CORP. and MIKHAEL I. KAMAR (individually and collectively referred to herein as "Defendants") jointly and severally, committed violations of: 15 USC 1114(1); 15 USC 1125(a); 15 USC 1125(c); 19 USC 1202, et seq., and particularly Section 1526(a) of said Act; 18 USC 1961, et seq., and particularly Sections 1962(b), 1962(c), and 1962(d); Fraud

1

**ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS FOUR ACES AND KAMAR**

and Deceit; Intentional Interference with Actual and Prospective Economic Advantage; and, Unfair Competition, as proscribed by California Business and Professions Code Section 17200, et seq.

As the proximate result of Defendants' conduct, Plaintiff has been damaged in an amount in excess of Six Million Dollars ($6,000,000.00), although the portion of those damages that are directly apportioned to Defendants is Three Hundred Thousand Dollars ($300,000).

The conduct of each of the Defendants herein constitutes the willful and malicious injury to another entity or to the property of another entity, as such acts are defined and interpreted under 11 USC 523(a)(6).

## ORDER FOR JUDGMENT

Wherefore, judgment is ordered and shall be entered in favor of Plaintiff BIOTAB NUTRACEUTICALS, INC. as against Defendants FOUR ACES WHOLESALE CORP. and MIKHAIL I. KAMAR, jointly and severally, as follows:

1. A permanent injunction is hereby entered, prohibiting each of the Defendants, and their members, directors, officers, employees, agents, representatives, successors, assigns, and all other persons or entities acting for the benefit of, on behalf of, or in concert with, any of the Defendants from:

    1.1 In any manner, using Biotab's trademark, "ExtenZe®," or any colorable imitation thereof;

    1.2 In any manner, using any trademark that imitates, is confusingly similar to, or is in any way similar to or a variation of, Biotab's trademark, "ExtenZe®;"

    1.3 Engaging in any act that tends to lend the impression to consumers that Defendants' manufactured goods and services are, in any way, of the same origin as, related to, or a variation of, Biotab's goods and services associated with the trademark, "ExtenZe®;"

2

**ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS FOUR ACES AND KAMAR**

1.4    Importing into the United States any goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

1.5    Manufacturing or causing to be manufactured, advertising, marketing, offering for sale, selling, distributing or delivering any non-genuine Extenze goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

2.    Each Defendant is ordered, pursuant to 15 USC § 1118, to deliver up for destruction all advertising, promotional materials, signs, packaging, labels, containers, or other materials within their possession, custody or control bearing any trademark that infringes upon Biotab's ExtenZe® trademark, as well as all plates, matrices, tools, dyes, electronic files, and any other means of making same.

3.    Compensatory damages in the sum of Three Hundred Thousand Dollars ($300,000.00), which damages are trebled to total Nine Hundred Thousand Dollars ($900,000.00).

4.    Exemplary and punitive damages for the willful and malicious injury to Plaintiff by Defendants Four Aces and Kamar in the amount of Fifty Thousand Dollars ($50,000.00).

5.    Reasonable attorney's fees, in the apportioned amount of $20,000.00.

6.    Biotab shall recover its costs of suit herein.

DATED: September 18, 2012

A. Howard Matz
United States District Judge

3
**ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS FOUR ACES AND KAMAR**