1 | Jay Stein (State Bar No. 141042)
**FINESTONE & RICHTER**
A Professional Corporation
2 | 1875 Century Park East, Suite 1500
Los Angeles, California 90067
3 | Telephone:   (310) 575-0800
Facsimile:   (310) 575-0170
4 | E-mail:      jstein@frlawcorp.com

5 | Attorneys for Plaintiff
Biotab Nutraceuticals, Inc.

6

7

8 | **UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9

10

11 | BIOTAB NUTRACEUTICALS, INC., a California corporation,   )   Case No.  CV 10-06212 AHM (VBKx)

12 | Plaintiff,   )   **JUDGMENT AGAINST DEFENDANT KANG**

13 | vs.

14 | HEE JOO DONG HAN, an Individual, aka JOSEPH HAN, and d.b.a. HD TRADING,
15 | and d.b.a. BIOPOWER; SUSANA HAN, an Individual; KENJIN CHO, an Individual,
16 | and d.b.a. BIOPOWER, and d.b.a. MOSEA HUTECH USA; BIOPOWER, INC., an
17 | entity of unknown form; and DOES 1 through 10, inclusive,   )   Complaint filed:   August 19, 2010
Trial Date:       October 16, 2012
18 | Defendants.

19

20

21 |     Judgment is hereby entered in favor of Plaintiff BIOTAB NUTRACEUTICALS,

22 | INC. as against Defendant YOON KANG, also known as DAVID KANG, also known as

23 | ANDY KANG, as follows:

24 |     1.     A permanent injunction is hereby entered, prohibiting each of the Defendant,

25 | and his members, directors, officers, employees, agents, representatives, successors,

26 | assigns, and all other persons or entities acting for the benefit of, on behalf of, or in concert

27 | with, Defendant from:

28

1

**JUDGMENT AGAINST DEFENDANT KANG**

1    1.1 In any manner, using Biotab's trademark, "ExtenZe®," or any
2 colorable imitation thereof;

3    1.2 In any manner, using any trademark that imitates, is confusingly
4 similar to, or is in any way similar to or a variation of, Biotab's trademark, "ExtenZe®;"

5    1.3 Engaging in any act that tends to lend the impression to consumers
6 that Defendants' goods and services are, in any way, of the same origin as, related to, or a
7 variation of, Biotab's goods and services associated with the trademark, "ExtenZe®;"

8    1.4 Importing into the United States any goods purporting to be Biotab's
9 goods or goods associated with, or intended prospectively to be associated with, Biotab or
10 Biotab's ExtenZe® trademark;

11    1.5 Manufacturing or causing to be manufactured, advertising, marketing,
12 offering for sale, selling, distributing or delivering any goods purporting to be Biotab's
13 goods or goods associated with, or intended prospectively to be associated with, Biotab or
14 Biotab's ExtenZe® trademark;

15   2. Defendant is ordered, pursuant to 15 USC § 1118, to deliver up for
16 destruction all advertising, promotional materials, signs, packaging, labels, containers, or
17 other materials within their possession, custody or control bearing any trademark that
18 infringes upon Biotab's ExtenZe® trademark, as well as all plates, matrices, tools, dyes,
19 electronic files, and any other means of making same.

20   3. Compensatory damages in the sum of Three Hundred Thousand Dollars
21 ($300,000.00), which damages are trebled to total Nine Hundred Thousand Dollars
22 ($900,000.00).

23   4. Exemplary and punitive damages for the willful and malicious injury to
24 Plaintiff by Defendant Kang in the amount of Fifty Thousand Dollars ($50,000.00).

25 / / /

26 / / /

27 / / /
28

JUDGMENT AGAINST DEFENDANT KANG

5.     Reasonable attorney's fees, in the apportioned amount of $20,000.00.

6.     Biotab shall recover its costs of suit herein.

DATED: September 21, 2012

_____
A. Howard Matz
United States District Judge

JUDGMENT AGAINST DEFENDANT KANG