O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06212 AHM (VBKx) | Date | September 28, 2012 |
|---|---|---|---|
| Title | BIOTAB NUTRACEUTICALS v. HEE JOO DONG HAN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On September 21, 2012, a Judgment Against Defendant Yoon Kang was entered thus concluding this action against all appearing defendants. Accordingly, the Court vacates the October 1, 2012 Final Pretrial Conference and the October 16, 2012 Jury Trial, including all pretrial and trial deadlines.

Court has been advised that plaintiff intends to dismiss defendants Biopower, Inc., Kenjin Cho, Jung Kwan Kim, and Fahme Saeed Othman. The Court orders the plaintiff to do so promptly. Otherwise, plaintiff must show cause in writing no later than October 8, 2012 why this action should not be dismissed as to these defendants for lack of prosecution.

As to defendants Tom Kim, Tony Yun Y. Pae, YNY International, Inc., Harjit Singh, Raheel Lakhany, Shafaq Sattar, Smoke Tokes, Inc., Noor Ahmadzada, and L.A. Price Leader, Inc. currently in default on the First Amended Complaint, plaintiff must seek a default judgment by not later than November 5, 2012.

No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |